UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BUSSIE, TARON BUSSIE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:13-CV-578-F |
| CONSUMER FINANCIAL PROTECTION | ) | |
| BUREAU, NATIONAL CREDIT UNION | ) | |
| ADMINISTRATION BOARD, FEDERAL | ) | |
| TRADE COMMISSION, FEDERAL | ) | |
| RESERVE CONSUMER HELP, VISA, | ) | |
| INC., MASTER CARD, AMERICAN | ) | |
| EXPRESS COMPANY, CONGRESSMAN | ) | |
| ROBERT E. ANDREWS, EXPERIAN, | ) | |
| EQUIFAX, TRANS UNION CORP., | ) | |
| CREDIT UNION LOAN, SPRINGLEAF, | ) | |
| BILL CLINTON, GEORGE BUSH, JR., | ) | |
| BARAK H. OBAMA, JUDGE NEEL C. | ) | |
| HILLMAN, JUDGE SCHNIEDER, | ) | |
| JUDGE KAREN WILLIAM, JUDGE | ) | |
| RENEE BUMB, JUDGE MICHAEL SHIP, | ) | |
| JUDGE JEROME B. SIMANDLE, | ) | |
| SUPERIOR COURT JUDGE F. FJ VINA, | ) | |
| US ATTORNEY ELIZABETH PASCAL, | ) | |
| US ATTORNEY DIANA CARRIG, | ) | |
| US ATTORNEY ALLEN URGENT, | ) | |
| US ATTORNEY JAMES B. CLARK, III, | ) | |
| US ATTORNEY PAUL FISHMAN, | ) | |
| JUDGE DIAMOND, JUDGE SCIRICA, | ) | |
| JUDGE HARDIMAN, JUDGE | ) | |
| GREENWAY, JR., JUDGE CHARLES F. | ) | |
| LETTOW, JUDGE NEWMAN, JUDGE | ) | |
| MAYER, JUDGE PLAGER, US | ) | |
| ATTORNEY LAUREN A. WEEMAN, | ) | |
| ATTORNEY GENERAL TONY WEST, | ) | |
| GENERAL COUNSEL KERRY | ) | |
| KIRCHER, FBI AGENT MARIE A. | ) | |
| EVANS, COMMITTEE ON ETHICS, | ) | |
| HOUSE SPEAK JOHN BOEHNER, | ) | |
| MINORITY LEADER NANCY | ) | |
| PELOSKI, MAJORITY LEADER | ) | |
| HARRY REID, MINORITY LEADER | ) | |
| MITCH McCONNELL, SENATOR | ) | |

| | |
|---|---|
| PATRICK LEAHY, TENNESSEE | ) |
| VALLEY AUTHORITY, NATIONAL | ) |
| LABOR RELATIONS BOARD, LABOR | ) |
| MANAGEMENT RELATION BOARD | ) |
| ARMY BOARD OF CONTRACT | ) |
| APPEAL, CIVILIAN BOARD OF | ) |
| CONTRACT APPEAL, JUDGE JAMES C. | ) |
| DEVER III, JUDGE WILLIAM A. WEBB, | ) |
| TERRENCE W. BOYLE, JUDGE | ) |
| BOYD N. BOLAND, GOVERNOR | ) |
| CHRIS CHRISTIE, PERSONAL BOARD | ) |
| OF CONTRACT APPEAL, | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the deadline has passed for Plaintiffs to comply with the August 12, 2013 Order, and neither Plaintiff has paid the applicable filing fee or filed an application to proceed without prepayment of fees. Accordingly, this action is DISMISSED, without prejudice, due to Plaintiffs' failure to abide by the orders of the court, failure to prosecute, and abandonment of claims. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 10, 2013, and Copies To:**

Anthony Bussie (64105-050 Philadelphia- FDC, P.O. Box 562, Philadelphia, PA 19105)
Taron Bussie (761582C Bay State Prison, P.O. Box F-1, Leesburg, NJ 08327)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| September 10, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |